IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COREY JERMAINE HUGULEY, #262429, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 3:10cv803-TMH |
| SID LOCKHART, et al., ) ) | |
| Defendants. ) | |

**ORDER AND OPINION**

On November 3, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 9). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. Plaintiff's claims against Defendant Burdette and Jackson are DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(I);

2. Defendants Burdette and Jackson are DISMISSED as parties to the complaint; and

3. This case with respect to the remaining defendants is REFERRED back to the magistrate judge for further proceedings.

Done this the 15th day of December, 2010.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE